[Criminal No. 769. Filed March 21, 1932.]

[9 Pac. (2d) 407.]

PORTER MORRIS, Sr., Appellant, v. STATE, Respondent.

Mr. D. L. Cunningham, for Appellant.

Mr. K. Berry Peterson, Attorney General, Mr. J. R. McDougall, Assistant Attorney General, and Mr. Frank E. Thomas, County Attorney, for the State.

PER CURIAM.—This is an appeal by Porter Morris, Sr., from a conviction for retailing the fresh meat of a head of cattle without first having procured a license therefor. What was said in the case just decided, *Morris, Sr.*, v. *State, ante,* p. 32, 9 Pac. (2d) 404, in disposing of an appeal from a conviction for slaughtering without a license, is controlling here, and upon the authority of that case the judgment is affirmed.